# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| DANIELLE C.,  )<br>  )<br>         **PLAINTIFF**  )<br>  )<br>v.  )<br>  )<br>ANDREW M. SAUL, COMMISSIONER,  )<br>SOCIAL SECURITY ADMINISTRATION,  )<br>  )<br>         **DEFENDANT**  ) | CIVIL NO. 2:18-CV-228-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 29, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Report and Recommended Decision. The time within which to file objections expired on June 12, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 24TH DAY OF JUNE, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**